UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. HAYNIE, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2038 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 9, 2015, plaintiff filed a motion for default judgment against defendants, alleging that defendants failed to return waivers of service.  However, the U.S. Marshal filed defendants' waiver of service on February 25, 2015, and defendants filed their answer on March 4, 2015.  Accordingly, plaintiff's motion is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 25) is denied.

Dated:  March 12, 2015

/hamp2038.77w

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1